IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KENNETH DE'JUAN HARVEY,

Plaintiff,

v. Case No. 1:25-cv-01148-JDB-atc

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

---

ORDER OVERRULING PLAINTIFF'S OBJECTIONS,
ADOPTING REPORT AND RECOMMENDATION,
AFFIRMING DECISION OF THE ALJ,
AND
DISMISSING CASE

---

On June 17, 2025, the Plaintiff, Kenneth De'Juan Harvey, who is represented by counsel, filed a complaint against Defendant, Frank Bisignano, Commissioner of Social Security (the "Commissioner"), seeking review of the decision by the Administrative Law Judge ("ALJ") denying his application for supplemental security income benefits based on disability. (Docket Entry ("D.E.") 1.) The case was referred to the United States magistrate judge for all matters, including report and recommendation. (D.E. 13.) In a report and recommendation ("R&R") entered August 3, 2026, Judge Annie T. Christoff recommended that the ALJ's decision be affirmed and the appeal dismissed. (D.E. 17.) Harvey filed objections to the R&R (D.E. 18), to which the Commissioner responded (D.E. 19).

Congress enacted 28 U.S.C. § 636 to "relieve some of the burden on the federal courts by permitting the assignment of certain district court duties to magistrate[ judges]. *United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869-70

(1989)). Upon the filing of objections to a report and recommendation entered by a magistrate judge, the district judge is to "determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1), LR 72.1(g)(2).

The Court has reviewed the R&R, Plaintiff's objections, the decision of the ALJ, the applicable law, and all relevant portions of the record. Upon a thorough de novo review thereof, the Court determines that the objections are OVERRULED, the R&R is ADOPTED, the decision of the ALJ is AFFIRMED, and this matter is DISMISSED. *See Abousamra v. Kijakazi*, 656 F. Supp. 3d 701, 705 (E.D. Mich. 2023) ("If the court will adopt the R&R, then it may simply state that it engaged in a de novo review of the record and adopts the R&R") (citations and internal quotation marks omitted); *see also* 12 Wright & Miller's Federal Practice & Procedure § 3070.2 (3d ed.) (update Apr. 2026).

Judgment shall enter.

IT IS SO ORDERED this 2nd day of September 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE